NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER A. FINGER,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3122

---

Petition for review of the Merit Systems Protection Board in case no. AT3330110522-I-1.

---

## ON MOTION

---

## ORDER

Christopher A. Finger moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Taniel E. Anderson, Esq.
Sara B. Rearden, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 6 2012

JAN HORBALY
CLERK